UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-1555**

Case Title: **Scott Witzke** vs. **Michael J. Bouchard, et al**

List all clients you represent in this appeal:

**MICHAEL J. BOUCHARD, Oakland County Sheriff; THOMAS VIDA, JR., Oakland County Commander of Corrective Services Division**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee   ☐ Respondent  ☐ Intervenor                (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Aaron C. Thomas**   Signature: s/ **Aaron C. Thomaas**

Firm Name: **Oakland County Corporation Counsel**

Business Address: **1200 N. Telegraph Road, Dept. 419, Bldg. 14E**

City/State/Zip: **Pontiac, MI  48341**

Telephone Number (Area Code): **(248) 975-9616**

Email Address: **thomasa@oakgov.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.