UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **23-1555**

Case Title: **Scott Witzke** vs. **Michael J. Bouchard, et al**

List all clients you represent in this appeal:

**MICHAEL J. BOUCHARD, Oakland County Sheriff; THOMAS VIDA, JR., Oakland County Commander of Corrective Services Division**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Brooke E. Tucker**    Signature: s/ **Brooke E. Tucker**

Firm Name: **Oakland County Corporation Counsel**

Business Address: **1200 N. Telegraph Road, Dept. 419, Bldg. 14E**

City/State/Zip: **Pontiac, MI 48341**

Telephone Number (Area Code): **248.858.2007**

Email Address: **tuckerbe@oakgov.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.